FORM 3

**UNITED STATES COURT OF INTERNATIONAL TRADE**

|  |  |
|---|---|
| TRINA SOLAR SCIENCE & TECHNOLOGY (THAILAND) LTD. | : |
| Plaintiff, | : |
| v. | : Court No. 23-00227 |
| UNITED STATES, | : |
| Defendant. | : |

TO:   The Attorney General and the Department of Commerce

  **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

             /s/ Mario Toscano
             Clerk of the Court

1. (Name and standing of plaintiff):  Plaintiff, Trina Solar Science & Technology (Thailand) Ltd. ("TTL"), is a foreign producer and exporter of the merchandise under inquiry, certain crystalline silicon photovoltaic ("CSPV") cells, whether or not assembled into modules, completed in the Kingdom of Thailand ("Thailand"), using parts and components produced in the People's Republic of China.

   Plaintiff was an active participant in the anti-circumvention inquiry proceeding that led to the determination being challenged.  Plaintiff therefore has standing to bring this action pursuant to 19 U.S.C. §1516a(d) and 28 U.S.C. §2631(c) as an interested party that was a party to the proceeding identified below.

2. (Brief description of contested determination):  Plaintiff contests the final determination of the U.S. Department of Commerce that certain CSPV cells and modules are being exported from Thailand to the United States by Trina Solar Science & Technology (Thailand) Ltd. in circumvention of the antidumping duty and countervailing duty orders on CSPV cells and modules from the People's Republic of China under 19 U.S.C. § 1677j(b).  See Antidumping and Countervailing Duty Orders on Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, From the People's Republic of China: Final Scope Determination

and Final Affirmative Determinations of Circumvention With Respect to Cambodia, Malaysia, Thailand, and Vietnam, 88 Fed. Reg. 57,419 (Aug. 23, 2023).  This determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(A)(ii); 19 U.S.C. § 1516a(a)(2)(B)(vi); and 28 U.S.C. § 1581(c).

3. <u>(Date of determination)</u>:  The contested determination was issued by the U.S. Department of Commerce on August 17, 2023.  Notice of the Final Determination of Circumvention was emailed to Plaintiff and all other interested parties via electronic mail on August 18, 2023.  Plaintiff believes that the Commerce Department mailed the determination to interested parties on September 20, 2023.

4. <u>(If applicable, date of publication in Federal Register of notice of contested determination)</u>:  Not applicable.  Notice of the Final Determination of Circumvention was announced on August 18, 2023.  The contested determination was published in the *Federal Register* on August 23, 2023.  <u>See</u> 88 Fed. Reg. 57,419. Plaintiff believes that the Commerce Department mailed the determination to interested parties on September 20, 2023.

/s/ Jonathan M. Freed
Robert G. Gosselink
Jonathan M. Freed
Kenneth N. Hammer
MacKensie R. Sugama
Doris Di
TRADE PACIFIC PLLC
700 Pennsylvania Avenue, SE
Suite 500
Washington, DC  20003
Tel:  (202) 223-3760
jfreed@tradepacificlaw.com

*Counsel to Plaintiff*

<u>October 20, 2023</u>
Date

## SERVICE OF SUMMONS BY THE CLERK

      If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-in-Charge
U.S. DEPARTMENT OF JUSTICE
International Trade Field Office
Commercial Litigation Branch - Civil Division
26 Federal Plaza – Room 346
New York, NY  10278

Jeanne Davidson, Esq.
Director
Commercial Litigation Branch – Civil Division
U.S. DEPARTMENT OF JUSTICE
1100 L Street, NW
Room 12124
Washington, DC  20530

General Counsel
U.S. DEPARTMENT OF COMMERCE
14th Street & Constitution Avenue, NW
Room 5875
Washington, DC  20230

Chief Counsel
Office of the Chief Counsel for Trade Enforcement & Compliance
U.S. DEPARTMENT OF COMMERCE
14th Street and Constitution Ave., NW
Room 3622
Washington, DC 20230

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)