IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE M. MILLER BAKER, JUDGE

|  |  |  |
|---|---|---|
| CANADIAN SOLAR INTERNATIONAL LIMITED; and CANADIAN SOLAR MANUFACTURING (THAILAND) CO., LTD., | ) ) ) ) ) ) |  |
| Plaintiffs, | ) ) |  |
| and | ) ) |  |
| NEXTERA ENERGY CONSTRUCTORS, LLC, | ) ) ) |  |
| Plaintiff-Intervenor, | ) ) |  |
| v. | ) ) | Court No. 23-00222 |
| UNITED STATES, | ) ) |  |
| Defendant. | ) ) |  |
| and | ) ) |  |
| AUXIN SOLAR INC., | ) ) |  |
| Defendant-Intervenor. | ) ) |  |
| TRINA SOLAR SCIENCE & TECHNOLOGY (THAILAND) LTD., | ) ) ) |  |
| Plaintiff, | ) ) |  |
| and | ) ) |  |
| NEXTERA ENERGY CONSTRUCTORS, LLC; CANADIAN SOLAR INTERNATIONAL LIMITED; and CANADIAN SOLAR MANUFACTURING | ) ) ) ) ) |  |

(THAILAND) CO., LTD.,                    )
                                         )
                    Plaintiff-Intervenors, )
                                         )
        v.                               )
                                         )      Court No. 23-00227
UNITED STATES,                           )
                                         )
                    Defendant.           )
            and                          )
                                         )
AUXIN SOLAR INC.,                        )
                                         )
                    Defendant-Intervenor.)
_____  )

## PLAINTIFF-INTERVENOR NEXTERA ENERGY CONSTRUCTORS, LLC'S RULE 56.2 MOTION FOR JUDGMENT ON THE AGENCY RECORD

Pursuant to Rule 56.2 of the Rules of the United States Court of International Trade, Plaintiff-Intervenor NextEra Energy Constructors, LLC ("NextEra") moves for judgment on the agency record with respect to the claims raised in the complaints of Plaintiff Trina Solar Science & Technology and (Thailand) Ltd. and Plaintiffs Canadian Solar International Limited, and Canadian Solar Manufacturing (Thailand) Co., Ltd. (collectively, "Plaintiffs") challenging the final determination of the U.S. Department of Commerce's ("Commerce") circumvention inquiry with respect to Thailand, published in *Antidumping and*

*Countervailing Duty Orders on Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, from the People's Republic of China: Final Scope Determination and Final Affirmative Determinations of Circumvention with Respect to Cambodia, Malaysia, Thailand, and Vietnam*, 88 Fed. Reg. 57,419 (Aug. 23, 2023), P.R. 596, Appx1225-1239 ("*Final Determination*"), and accompanying Issues and Decision Memorandum, Appx1056–1224.

For the reasons explained in Plaintiffs' Memorandum in Support of Motion for Judgment Upon the Agency Record, ECF Nos. 40-1 (Case No. 23-222) and 44-1 (Case No. 23-227), and in the Memorandum accompanying this Motion, the Court should hold that the contested portions of the *Final Determination* are unsupported by substantial evidence and otherwise not in accordance with law. Plaintiff-Intervenor NextEra further moves for this Court to remand this matter to Commerce for disposition consistent with the order and opinion of the Court.

Respectfully submitted,

/s/ Matthew R. Nicely
Matthew R. Nicely
Daniel M. Witkowski
Julia K. Eppard
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street
Washington, DC 20006
Phone: (202) 887-4046
E-mail: mnicely@akingump.com
*Counsel for NextEra Energy Constructors, LLC*

June 27, 2024

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE M. MILLER BAKER, JUDGE

_____

CANADIAN SOLAR INTERNATIONAL LIMITED; and CANADIAN SOLAR MANUFACTURING (THAILAND) CO., LTD.,

     Plaintiffs,

  and

NEXTERA ENERGY CONSTRUCTORS, LLC,

     Plaintiff-Intervenor,

 v.

UNITED STATES,

     Defendant.

  and

AUXIN SOLAR INC.,

     Defendant-Intervenor.

_____

TRINA SOLAR SCIENCE & TECHNOLOGY (THAILAND) LTD.,

     Plaintiff,

  and

NEXTERA ENERGY CONSTRUCTORS, LLC; CANADIAN SOLAR

Court No. 23-00222

INTERNATIONAL LIMITED; and )
CANADIAN SOLAR MANUFACTURING )
(THAILAND) CO., LTD., )
                                               )
                Plaintiff-Intervenors, )
                                               )
   v. )
                                                 )     Court No. 23-00227
UNITED STATES, )
                                                 )
                Defendant. )
        and )
                                                 )
AUXIN SOLAR INC., )
                                                 )
        Defendant-Intervenor.)
                                                 )

<u>PLAINTIFF-INTERVENOR NEXTERA ENERGY
CONSTRUCTORS, LLC'S MEMORANDUM IN SUPPORT OF RULE
56.2 MOTION FOR JUDGMENT ON THE AGENCY RECORD</u>

                                        Matthew R. Nicely
                                        Daniel M. Witkowski
                                        Julia K. Eppard
                                        AKIN GUMP STRAUSS HAUER & FELD LLP
                                        2001 K Street
                                        Washington, DC 20006
                                        Phone: (202) 887-4046
                                        E-mail: mnicely@akingump.com
                                        *Counsel for NextEra Energy
                                        Constructors, LLC*

Dated: June 27, 2024

## TABLE OF CONTENTS

TABLE OF CONTENTS ............................................................................. i

GLOSSARY ........................................................................................... iv

INTRODUCTION .................................................................................. 1

ADMINISTRATIVE DETERMINATION SOUGHT TO BE
    REVIEWED ....................................................................................... 2

STATEMENT OF ISSUES ADDRESSED IN THIS BRIEF ............... 2

STATEMENT OF FACTS .................................................................... 4

STANDARD OF REVIEW .................................................................. 4

ARGUMENT ......................................................................................... 5

I. COMMERCE ERRED IN DETERMINING THAT THE PROCESS
   OF ASSEMBLING OR COMPLETING CSPV CELLS AND
   MODULES IN THAILAND WAS MINOR ..................................... 6

   A. Commerce Can Expand an Order to Cover Merchandise
      Assembled or Completed in a Third Country Only if the Process
      of Assembly or Completion Is Minor or Insignificant ..................... 6

   B. Commerce's Finding that the Process of Assembly or of CSPV
      Cells and Modules in Thailand Was Minor Is Unsupported by
      Substantial Evidence and Otherwise Not in Accordance with
      Law .................................................................................................. 12

      1. Overwhelming Record Evidence Shows that the Process or
         Assembly of CSPV Cells and Modules in Thailand Is Not
         Minor ......................................................................................... 13

      2. Commerce's Decision to Elevate the Importance of R&D Was
         Not Consistent with Past Practice or Supported by Substantial
         Evidence ..................................................................................... 18

      3. Commerce's Devaluing of the Other Factors Was Arbitrary ...... 21

II. COMMERCE ERRED IN FINDING THAT THE VALUE OF
    PROCESSING PERFORMED BY THSM IN THAILAND WAS
    SMALL ............................................................................................. 24

CONCLUSION .................................................................................... 28

i

## TABLE OF AUTHORITIES

Page(s)

Cases

*Mid Continent Nail Corp. v. United States*,
    846 F.3d 1364 (Fed. Cir. 2017) .............................................................. 4

*Motor Vehicle Mfrs. Ass'n v. State Farm Mutual Automobile*
    *Ins. Co.*, 463 U.S. 29 (1983) .................................................. 4

*SKF USA Inc. v. United States*,
    263 F.3d 1369 (Fed. Cir. 2001) ............................................................ 5

*Universal Camera Corp. v. NLRB.*,
    340 U.S. 474 (1951) ................................................... 4

Statutes

19 U.S.C.
    § 1516a(b)(1)(B)(i) ............................................................... 4
    § 1677j(a)(2)(E) ..................................................................... 25
    § 1677j(b) ............................................................................. 24
    § 1677j(b)(1)(C) .................................................... 7, 12, 18, 21, 22, 23
    § 1677j(b)(1)(E) .................................................................... 22
    § 1677j(b)(2) ............................................................. 9, 13
    § 1677j(b)(3) ............................................................. 21, 22
    § 3512(d) .............................................................. 9

Administrative Determinations

*Anti-Circumvention Inquiry of the Antidumping and*
    *Countervailing Duty Orders on Certain Pasta From Italy:*
    *Affirmative Preliminary Determinations of*
    *Circumvention of Antidumping and Countervailing Duty*
    *Orders*, 68 Fed. Reg. 46,571 (Aug. 6, 2003) ........................................ 13

*Antidumping and Countervailing Duty Orders on Certain Aluminum Foil From the People's Republic of China: Final Affirmative Determinations of Circumvention With Respect to the Republic of Korea and the Kingdom of Thailand*, 88 Fed. Reg. 82,824 (Nov. 27, 2023) ............................ 12, 19

*Antidumping and Countervailing Duty Orders on Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, From the People's Republic of China: Final Scope Determination and Final Affirmative Determinations of Circumvention with Respect to Cambodia, Malaysia, Thailand, and Vietnam*, 88 Fed. Reg. 57,419 (Aug. 23, 2023) ................................................ 2, 23

*Certain Corrosion-Resistant Steel Products From Taiwan: Affirmative Final Determination of Circumvention Inquiry on the Antidumping Duty Order*, 84 Fed. Reg. 70,937 (Dec. 26, 2019) ............................................. 11, 26

*Ferrovanadium and Nitrided Vanadium From the Russian Federation: Negative Final Determination of Circumvention of the Antidumping Duty Order*, 77 Fed. Reg. 46,712 (Aug. 6, 2012) ................................................ 25, 26

*Preliminary Negative Determination of Circumvention of the Antidumping Order on Polyethylene Terephthalate Film, Sheet, and Strip From the United Arab Emirates*, 80 Fed. Reg. 26,229 (May 7, 2015) ...................................................... 11

## Other Authorities

Brittanica Dictionary ................................................................... 8

Cambridge Dictionary ............................................................. 7, 8

Merriam-Webster Dictionary ................................................... 7, 8

Uruguay Round Agreements Act, Statement of Administrative Action, H.R. Rep. No. 103-316, Vol. I (1994) ............................................................... 9, 10, 11, 22

GLOSSARY

| Abbreviation | Term |
|---|---|
| CSIL | Canadian Solar International Limited |
| CSPV | crystalline silicon photovoltaic |
| Decision Memo | Issues and Decision Memorandum for the Circumvention Inquiry With Respect to Thailand accompanying *Antidumping and Countervailing Duty Orders on Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, from the People's Republic of China: Final Scope Determination and Final Affirmative Determinations of Circumvention with Respect to Cambodia, Malaysia, Thailand, and Vietnam*, 88 Fed. Reg. 57,419 (Aug. 23, 2023) |
| *Final Determination* | *Antidumping and Countervailing Duty Orders on Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, from the People's Republic of China: Final Scope Determination and Final Affirmative Determinations of Circumvention with Respect to Cambodia, Malaysia, Thailand, and Vietnam*, 88 Fed. Reg. 57,419 (Aug. 23, 2023) |
| NextEra | NextEra Energy Constructors, LLC |
| Plaintiffs' Brief | Plaintiffs' Memorandum in Support of Motion for Judgment Upon the Agency Record |
| SAA | Uruguay Round Agreements Act, Statement of Administrative Action, H.R. Rep. No. 103-316, Vol. I (1994). |
| THSM | Canadian Solar Manufacturing (Thailand) Co., Ltd. |
| TTL | Trina Solar Science & Technology (Thailand) Ltd. |

INTRODUCTION

Plaintiff-Intervenor NextEra Energy Constructors, LLC ("NextEra") hereby submits this brief in support of the Rule 56.2 motion for judgment upon the agency record filed by Plaintiffs Trina Solar Science & Technology (Thailand) Ltd. ("TTL") and Canadian Solar International Limited ("CSIL") and Canadian Solar Manufacturing (Thailand) Co., Ltd. ("THSM") (jointly "Canadian Solar") (collectively "Plaintiffs"). As explained in Plaintiffs' Memorandum in Support of Motion for Judgment Upon the Agency Record, ECF Nos. 40-1 (Case No. 23-222) and 44-1 (Case No. 23-227) ("Plaintiffs' Brief"), the U.S. Department of Commerce ("Commerce") committed several errors of law and fact in finding that crystalline silicon photovoltaic ("CSPV") cells and modules completed or assembled in Thailand are circumventing the antidumping ("AD") and countervailing duty ("CVD") orders on CSPV cells from the People's Republic of China. NextEra supports the arguments made in Plaintiffs' Brief and adopts them by reference. In this brief, NextEra further addresses two issues: (i) Commerce's overall determinations that the process of assembly or completion of TTL's and Canadian Solar's CSPV cells and modules in Thailand was minor; and

(ii) Commerce's determination that the value of the processing

performed by THSM in Thailand was small.

<u>ADMINISTRATIVE DETERMINATION SOUGHT TO BE REVIEWED</u>

NextEra challenges certain aspects of Commerce's final

determination with respect to Thailand in *Antidumping and*

*Countervailing Duty Orders on Crystalline Silicon Photovoltaic Cells,*

*Whether or Not Assembled Into Modules, From the People's Republic of*

*China: Final Scope Determination and Final Affirmative*

*Determinations of Circumvention with Respect to Cambodia, Malaysia,*

*Thailand, and Vietnam*, 88 Fed. Reg. 57,419 (Aug. 23, 2023), P.R. 596,

Appx1225-1239 ("*Final Determination*") and the accompanying Issues

and Decision Memorandum for the Circumvention Inquiry With Respect

to Thailand, P.R. 595, Appx1056-1224 ("Decision Memo").

<u>STATEMENT OF ISSUES ADDRESSED IN THIS BRIEF</u>

NextEra addresses the following issues in this brief.

1.    Whether Commerce's determinations that the process of

assembly or completion of TTL's and Canadian Solar's CSPV cells and

modules in Thailand was minor are supported by substantial evidence

and otherwise in accordance with law.

No. The totality of the facts found by Commerce do not support Commerce's conclusion that the process of assembly or completion of CSPV cells and modules by TTL and THSM was minor. Commerce found that both respondents made significant investments in Thailand and performed extensive, sophisticated, and technologically advanced processes in Thailand to produce CSPV cells and modules. The processes undertaken by TTL and THSM are nothing like the "screwdriver assembly operations" that the circumvention statute is intended to address.

2.    Whether Commerce's determination that the value of processing performed by THSM in producing CSPV cells and modules in Thailand was small is supported by substantial evidence and otherwise in accordance with law.

No. Commerce failed to incorporate a qualitative analysis into its consideration of the value of processing in Thailand, despite prior decisions employing such an analysis. When the quantitative value added by THSM is considered in conjunction with the fundamental transformation of the inputs that occurs in Thailand, the value of the processing that occurs in Thailand by THSM clearly is not small.

3

## STATEMENT OF FACTS

NextEra adopts the statement of facts set forth in Plaintiffs' Brief. To the extent that additional facts not mentioned by Plaintiffs are relevant to NextEra's arguments, they are discussed within the context of the arguments set forth below.

## STANDARD OF REVIEW

The Court "shall hold unlawful any determination, finding, or conclusion found . . . to be unsupported by substantial evidence on the record, or otherwise not in accordance with law." 19 U.S.C. § 1516a(b)(1)(B)(i). Substantial evidence is "such relevant evidence as a reasonable mind might accept as adequate to support a conclusion." *Universal Camera Corp. v. NLRB.*, 340 U.S. 474, 477 (1951).

Commerce acts unlawfully not only when its actions are inconsistent with a statute or its regulations, but also when it acts arbitrarily. *See, e.g.*, *Mid Continent Nail Corp. v. United States*, 846 F.3d 1364, 1372 (Fed. Cir. 2017) ("Commerce's decision will {also} be set aside if it is arbitrary and capricious." (alteration in original)). The obligation to avoid arbitrary action requires Commerce to engage in reasoned and evenhanded decision-making. *See, e.g.*, *Motor Vehicle*

4

*Mfrs. Ass'n v. State Farm Mutual Automobile Ins. Co.*, 463 U.S. 29, 43, 52 (1983) (determination must be based on "consideration of the relevant factors" and "offer a rational connection between the facts found and the choice made" (internal quotation marks omitted)); *SKF USA Inc. v. United States*, 263 F.3d 1369, 1382 (Fed. Cir. 2001) ("{A}n agency action is arbitrary when the agency offers insufficient reasons for treating similar situations differently." (internal quotation marks omitted)).

## ARGUMENT

During its year-plus long circumvention inquiry into CSPV cells and modules completed in Thailand, Commerce obtained substantial amounts of evidence demonstrating that the creation of CSPV cells and modules in Thailand represents substantial, complex, and sophisticated production that exceeds any reasonable interpretation of minor or insignificant processing. Commerce in fact made numerous findings regarding the extensive nature of the respondents' investments, facilities, and production processes in Thailand. Commerce nevertheless disregarded the record evidence and its own findings to conclude that the process of assembly or completion in Thailand by TTL and

Canadian Solar was minor. The totality of the evidence and the proper consideration of the relevant factors do not support Commerce's conclusion.

Moreover, with respect to Canadian Solar, Commerce erred in concluding that the value of the processing done in Thailand by THSM was small. The statute does not establish a rigid numerical threshold for determining whether the value of processing is minor. Commerce therefore should have incorporated a qualitative assessment of the value added in Thailand, consistent with prior Commerce decisions. The processing by THSM in Thailand imparts the essential nature of CSPV cells and modules, adding significant qualitative value. When considered wholistically on a quantitative and qualitative basis, the value of the processing by THSM in Thailand was not small.

I.    COMMERCE ERRED IN DETERMINING THAT THE PROCESS OF ASSEMBLING OR COMPLETING CSPV CELLS AND MODULES IN THAILAND WAS MINOR

A.    Commerce Can Expand an Order to Cover Merchandise Assembled or Completed in a Third Country Only if the Process of Assembly or Completion Is Minor or Insignificant

As explained in Plaintiffs' Brief (at 32-33), Commerce must find that several criteria are all met before expanding the scope of an AD or

CVD order to cover merchandise assembled or completed in a third country, one of which is that "the process of assembly or completion in the {third country} is minor or insignificant." 19 U.S.C. § 1677j(b)(1)(C). The word "process" is commonly understood to mean "a series of actions or operations conducing to an end" and especially "a continuous operation or treatment especially in manufacture." *Process*, Merriam-Webster Dictionary, [https://www.merriam-webster.com/dictionary/process](https://www.merriam-webster.com/dictionary/process) (last visited June 27, 2024); *see also Process*, Cambridge Dictionary, [https://dictionary.cambridge.org/us/dictionary/english/process](https://dictionary.cambridge.org/us/dictionary/english/process) (last visited June 27, 2024) ("a series of actions that you take in order to achieve a result").[1] Thus, the statute directs Commerce's inquiry to the actions of assembling or completing the merchandise.

The word "minor," meanwhile, is typically understood as "having little importance, influence, or effect, especially when compared with other things of the same type." *Minor*, Cambridge Dictionary, [https://dictionary.cambridge.org/us/dictionary/english/minor](https://dictionary.cambridge.org/us/dictionary/english/minor) (last visited

---

[1] Printouts of the internet-based citations are included in Attachments A through G of this brief.

June 27, 2024); *see also Minor*, Merriam-Webster Dictionary,

https://www.merriam-webster.com/dictionary/minor (last visited June

27, 2024) ("inferior in importance, size, or degree : comparatively

unimportant"); *Minor*, Brittanica Dictionary,

https://www.britannica.com/dictionary/minor (last visited June 27,

2024) ("not very important or valuable"; "small in number, quantity, or

extent"). "Insignificant" is defined as "lacking meaning or import,"

"small in size, quantity, or number," and "not worth considering."

*Insignificant*, Merriam-Webster Dictionary, https://www.merriam-

webster.com/dictionary/insignificant (last visited June 27, 2024); *see*

*also Insignificant*, Cambridge Dictionary,

https://dictionary.cambridge.org/us/dictionary/english/insignificant (last

visited June 27, 2024) ("small or not noticeable, and therefore not

considered important"; "not important or thought to be valuable"). The

phrase "minor or insignificant" thus indicates something that is small

or not important.

The statute directs Commerce to take into account several factors

"{i}n determining whether the process of assembly or completion is

minor or insignificant," namely:

(A) the level of investment in the foreign country,
(B) the level of research and development in the foreign country,
(C) the nature of the production process in the foreign country,
(D) the extent of production facilities in the foreign country, and
(E) whether the value of the processing performed in the foreign country represents a small proportion of the value of the merchandise imported into the United States.

19 U.S.C. § 1677j(b)(2). The statute does not require Commerce to make specific determinations with respect to these factors; rather, they simply are to be taken into consideration when Commerce makes the determination that is required, which is "whether the process of assembly or completion is minor or insignificant." *See id.*

The plain meaning of the statute is reinforced by the Statement of Administrative Action ("SAA") accompanying the Uruguay Round Agreements Act,[2] which included the current AD/CVD circumvention provisions of the Tariff Act. The SAA "shall be regarded as an authoritative expression by the United States concerning the interpretation and application of . . . {the Uruguay Round Agreements Act} in any judicial proceeding in which a question arises concerning

---

[2] Uruguay Round Agreements Act, Statement of Administrative Action, H.R. Rep. No. 103-316, Vol. I (1994).

such interpretation or application." 19 U.S.C. § 3512(d). The SAA explains that the U.S.- and third-country assembly provisions in the circumvention statute are intended to address "screwdriver assembly operations." SAA at 893. The SAA refers to "screwdriver operation" twice more and explains that it would be "relatively easy for a foreign exporter to circumvent an antidumping duty order by establishing a screwdriver operation." SAA at 893-94. The SAA further states that the circumvention provisions are intended to be "fair to all parties" and that "{b}ecause Commerce will find circumvention only where assembly or completion operations in the United States or in third countries are minor, the proposed amendments will not deter legitimate investment." SAA at 894. These statements illustrate that Congress understood that the circumvention provisions would be used only when the assembly process was akin to an easily established "screwdriver operation."

With respect to the five factors listed in the statute, the SAA explains that "Commerce will evaluate each of these factors as they exist either in the United States or a third country" and "{n}o single factor will be controlling." SAA at 893. The "overall thrust" of the amendments was "to focus the anticircumvention inquiry on the

10

question of whether minor or insignificant assembly or completion is taking place." SAA at 894. Commerce has relied on these statements in the SAA in administering the circumvention statute. *See, e.g.*, *Certain Corrosion-Resistant Steel Products From Taiwan: Affirmative Final Determination of Circumvention Inquiry on the Antidumping Duty Order*, 84 Fed. Reg. 70,937 (Dec. 26, 2019), and accompanying Issues and Decision Memorandum at 7 ("{I}t is Commerce's practice to evaluate each of these five factors as they exist in the third country, considering the totality of the circumstances of the particular anti-circumvention inquiry."); *Preliminary Negative Determination of Circumvention of the Antidumping Order on Polyethylene Terephthalate Film, Sheet, and Strip From the United Arab Emirates*, 80 Fed. Reg. 26,229 (May 7, 2015), and accompanying Issues and Decision Memorandum at 7 (characterizing SAA as reflecting a decision by Congress to shift Commerce's focus "toward a more qualitative focus on the nature of the production process" (internal quotation marks omitted).

Recognizing that the focus of the inquiry is on the actual process of assembly or completion, Commerce recently explained that:

{T}he factors involving the level of investment, the level of R&D, and the extent of the production facilities in {the third country} weighed less heavily in our determination than the factors involving the nature of the production process and the value added in {the third country} because the former relate more broadly to the companies and their facilities, *whereas the latter relate more to the production of inquiry merchandise itself.*

*Antidumping and Countervailing Duty Orders on Certain Aluminum Foil From the People's Republic of China: Final Affirmative Determinations of Circumvention With Respect to the Republic of Korea and the Kingdom of Thailand*, 88 Fed. Reg. 82,824 (Nov. 27, 2023), and accompanying Issues and Decision Memorandum with Respect to Korea at 32 (emphasis added).

B.    Commerce's Finding that the Process of Assembly or Completion of CSPV Cells and Modules in Thailand Was Minor Is Unsupported by Substantial Evidence and Otherwise Not in Accordance with Law

Commerce was tasked with determining whether "the process of assembly or completion" of CSPV cells and modules in Thailand was "minor or insignificant." 19 U.S.C. § 1677j(b)(1)(C). Given the plain meaning of those terms, the guidance provided by the SAA, and Commerce's own acknowledgements regarding the nature of the inquiry and the various factors, no reasonable mind could conclude that the

process of assembly or completion of CSPV cells and modules by TTL or THSM was minor based on the record that was before Commerce.

      1.      Overwhelming Record Evidence Shows that the Process or Assembly of CSPV Cells and Modules in Thailand Is Not Minor

Of the five factors listed in the statue for Commerce to consider in reaching its determination, Commerce found that *a majority* of them weighed *against* a finding that the process was minor or insignificant for TTL (four out of five) and THSM (three out of five). Decision Memo, Appx1121. In no other case has Commerce found that the process of assembly or completion was minor when a majority of the factors weighed *against* that conclusion. *See* Pls.' Br. 34-35. Moreover, besides this case, Commerce does not appear to have ever found that the process of assembly or completion was minor or insignificant when the "nature of the production process" weighed against that conclusion. That fact is unsurprising, given that this is the only factor that explicitly refers to the "process," which is the focus of Commerce's ultimate inquiry under 19 U.S.C. § 1677j(b)(2), and Congress directed Commerce "to focus more on the nature of the production process" in its inquiry. Decision Memo, Appx1113 (quoting *Anti-Circumvention Inquiry*

*of the Antidumping and Countervailing Duty Orders on Certain Pasta From Italy: Affirmative Preliminary Determinations of Circumvention of Antidumping and Countervailing Duty Orders*, 68 Fed. Reg. 46,571, 46,575 (Aug. 6, 2003)).

Beyond the general conclusions that Commerce reached with respect to each factor, Commerce made numerous findings that cannot be reconciled with an overall determination that the "process of assembly or completion" was "minor." For example, Commerce found in the Decision Memo that:

- "{B}oth respondents' investments in Thailand are not minor or insignificant." Appx1097.

- "{S}olar cell facilities, and solar module facilities require one to three years to build." Appx1105.

- "{R}ecord evidence indicates that there are significant technical requirements that must be met for, and changing technologies with respect to, producing solar cells." *Id.*

- "{T}he equipment and technology, as well as the number of processing steps required to produce a solar cell are far more

technically sophisticated than those of the polysilicon or wafer manufacturing operations." Appx1106 (cleaned up).

- "{W}hile the technology required to produce ingots has not significantly changed since it was created, the same is not true for solar cells. . . . Because of technological improvements to solar cells, module makers must regularly upgrade their production lines to avoid becoming obsolete." *Id.*

- "{T}he labor requirements for a solar cell and solar module facility are greater than the labor requirements for an ingot and wafer production facility." *Id.*

- "{T}he ITC reported that processing wafers into solar cells involves sophisticated machinery, which requires skilled technicians and employees with advanced degrees," whereas "{t}here is no information on the record that indicates that the production of ingots and wafers require skilled workers." *Id.* (internal quotation marks omitted).

- "{P}roducing solar cells requires seven or 11 steps . . . , and producing solar modules requires nine steps," meaning that

"it requires fewer steps to produce ingots and wafers in China, than to produce solar cells and solar modules in the inquiry country." Appx1107.

- "{P}roducing solar cells and solar modules in the inquiry country involves a multi-step production process that requires more precise and sophisticated equipment at multiple stages compared to producing ingots and wafers in China." *Id.*

- "Regarding inputs, solar cell and solar module production requires approximately 100 different inputs, whereas converting polysilicon into wafers only involves a handful of inputs." *Id.*

- "{P}roducing wafers from polysilicon in China is less extensive of a transformation of the input than producing solar cells and solar modules from wafers in the inquiry country. The essence of the solar module is realized in solar cell production." *Id.*

- "Production of solar cells and {modules}[3] involves more than attaching Chinese components together. Solar cell and solar modules production involve exacting processes . . . and treatments to, and preparation of, inputs used in production . . . ." Appx1107-1108.

- For THSM, "the majority of the metrics weighed in favor of finding the Thai facilities were not minor or insignificant." Appx1110.

- "{T}he extent of THSM{'s} and TTL's production facilities in Thailand, do not support finding their assembly or completion in those facilities to be minor or insignificant." Appx1111.

Despite numerous findings demonstrating that the production process in Thailand is significant, Commerce rested its final determination primarily on one factor—the level of research and development ("R&D").[4] Decision Memo, Appx1120-1123. However, in

---

[3] The Decision Memo used the word "wafers," but the context makes clear that Commerce intended to refer to modules.

[4] Commerce also found that the value of the processing performed by THSM in Thailand was small, which weighed in favor of a finding that the processing in Thailand was minor for THSM. Decision Memo,

light of the findings described above and the additional reasons

discussed below, the only reasonable conclusion that can be drawn from

the totality of the circumstances is that the "process of assembly or

completion" in Thailand is not minor or insignificant. The facts

established by Commerce in no way resemble the "screwdriver

operations" that the statute's circumvention provisions are intended to

address.

> 2. Commerce's Decision to Elevate the Importance of
> R&D Was Not Consistent with Past Practice or
> Supported by Substantial Evidence

Commerce relied heavily on the R&D factor to find that the

process of assembly or completion was minor. *See* Decision Memo,

Appx1120-1121. Commerce's findings with respect to R&D cannot

negate the multitude of facts clearly demonstrating that the production

process in Thailand is extensive and sophisticated. Commerce itself has

---

Appx1115. Commerce, however, did not rely on this factor when
explaining its overall determination with respect to 19 U.S.C.
§ 1677j(b)(1)(C). Decision Memo, Appx1120-1123. As explained in
**Section II**, to the extent that Commerce's numerous findings with
respect to the nature of THSM's investments, facilities, and production
processes do not compel a finding that the process of assembly or
completion was *not* minor, Commerce must reconsider its arbitrary and
unsupported finding that the value of processing by THSM was small.

acknowledged that the R&D factor "relate{s} more broadly to the companies and their facilities" rather than "the production of inquiry merchandise itself," and thus is less informative as to whether the process of assembly or completion is minor or insignificant. *Antidumping and Countervailing Duty Orders on Certain Aluminum Foil From the People's Republic of China: Final Affirmative Determinations of Circumvention With Respect to the Republic of Korea and the Kingdom of Thailand*, 88 Fed. Reg. 82,824 (Nov. 27, 2023), and accompanying Issues and Decision Memorandum with Respect to Korea at 32.

The facts of this case demonstrate why Commerce has rightly given less weight to the R&D factor in other cases. As Commerce noted several times in the Decision Memo, in the solar industry, "R&D may be shared among affiliates such that the R&D of one company can benefit another affiliated company and save that company from needing to conduct its own R&D." Appx1098; *see also* Appx1099 ("Affiliated companies may share R&D."); Appx1121 ("R&D only needs to be done once and can be done at any location."). Because the location of R&D is not correlated to where production is occurring, the presence or absence

of significant R&D expenditures in a particular locale is not a reliable indicator of whether the actual "process of assembly or completion" in that locale is advanced and dependent upon R&D.

Commerce's findings demonstrate that the production of CSPV cells and modules in Thailand does in fact require significant investments in R&D, demonstrating that the process of assembly or completion in Thailand is <u>not</u> minor or insignificant. As noted above, Commerce found that "while the technology required to produce ingots has not significantly changed since it was created, the same is not true for solar cells." Decision Memo, Appx1106 (footnotes omitted). "Technology improvements in the wafer-to-cell process are responsible for most of the performance improvements of solar panels. Because of technological improvements to solar cells, module makers must regularly upgrade their production lines to avoid becoming obsolete." *Id.* (internal quotation marks omitted). Commerce also found that CSPV cell and module production requires sophisticated and advanced machinery.  Decision Memo, Appx1107. These findings, among others, demonstrate that the assembly and completion processes occurring in Thailand are technologically advanced and depend upon R&D. And TTL

and THSM did in fact conduct activities related to R&D in Thailand.

*See* Memorandum re: Verification of the Information Reported by

Canadian Solar International Limited, C.R. 280, Appx19729;

Memorandum re: Verification of the Information Reported by Trina

Solar Science & Technology (Thailand) Co. Ltd., C.R. 281, Appx19763.

### 3. Commerce's Devaluing of the Other Factors Was Arbitrary

Commerce downplayed the majority of the § 1677j(b)(1)(C) factors

weighing against a finding that the process of assembly or completion in

Thailand was minor by characterizing them to be "all a function of the

activities of TTL{'s} and THSM's affiliates in China." Decision Memo,

Appx1121. Commerce's reasoning is arbitrary.

The fact that business decisions may have been driven by

affiliates in China is not relevant to the question posed under 19 U.S.C.

§ 1677j(b)(1)(C), which is whether the "*process* of assembly or

completion"—the actions of assembling the merchandise—in Thailand

is minor or insignificant. (Emphasis added.) Affiliation and patterns of

trade are listed as factors for Commerce to consider under 19 U.S.C.

§ 1677j(b)(3) in deciding whether to expand the order, but that is a

separate statutory provision that is relevant only <u>after</u> Commerce has

separately found that the "mandatory" prerequisites for expanding the order are met, SAA at 893, including that the process of assembly or completion is minor or insignificant.[5] Commerce's reasoning also creates a "heads I win, tails you lose" scenario for companies with affiliates in countries subject to an AD/CVD order, wherein a factor will either suggest that the processing is minor, thus weighing in favor of a circumvention finding, or that factor, despite suggesting that the processing is *not* minor, will be treated as the product of foreign decision-making, thus supporting a finding of circumvention anyway. This approach renders the actual facts regarding the extent of the investments, production processes, facilities, R&D, or value added irrelevant. By substituting an irrelevant factor (affiliation) for a consideration of the relevant factors (the required determination and factors listed in 19 U.S.C. § 1677j(b)(1)(C)), Commerce acted arbitrarily.

Commerce also failed to square this approach with its negative circumvention determination with respect to Jinko in the parallel inquiry regarding Malaysia. Jinko is Chinese-owned and not every

---

[5] The factors in 19 U.S.C. § 1677j(b)(3) are also potentially relevant to Commerce's determination of whether action is appropriate "prevent evasion" of the order. 19 U.S.C. § 1677j(b)(1)(E).

§ 1677j(b)(1)(C) factor weighed against a finding that the processing by Jinko in Malaysia was minor. Yet, for the factors that did weigh against such a finding, Commerce did not discard their relevance merely because of Jinko's relationship to Chinese companies. *See Final Determination*, 88 Fed. Reg. 57,419, and Accompanying Issues and Decision Memoranda with Respect to Malaysia at Comment 8. Commerce's inconsistent treatment of similarly situated companies is likewise arbitrary.

*    *    *

Commerce bewilderingly equated the factual situation presented in this case to the "screwdriver manufacturer set-up in a third country {described in the SAA} in which the third-country firm is sent all of the parts that it merely snaps together in an effort to avoid AD and CVDs." Decision Memo, Appx1122. Yet, Commerce specifically found that producing CSPV cells and modules in Thailand "involves more than attaching Chinese components together," Decision Memo, Appx1107, highlighting how the facts found by Commerce simply do not support its ultimate conclusion.

The truth is that the facts, as found by Commerce, establish that the process of assembly or completion in Thailand is transformative in nature, based on substantial investments, and a far cry from the minor or insignificant third-country processes that Congress intended to address in 19 U.S.C. § 1677j(b). Commerce's findings that the process of assembly or completion of CSPV cells and modules in Thailand was minor for THSM and TLL are unsupported by substantial evidence and otherwise not in accordance with law.

## II. COMMERCE ERRED IN FINDING THAT THE VALUE OF PROCESSING PERFORMED BY THSM IN THAILAND WAS SMALL

In the *Final Determination*, Commerce found that the value of processing performed in Thailand by THSM was small and therefore supported a finding that THSM's process of assembly or completion of CSPV cells and modules was minor. *See* Decision Memo, Appx1114-1115; *see also* Preliminary Decision Memorandum for the Circumvention Inquiry With Respect to the Kingdom of Thailand, P.R.497, Appx1019. For the reasons explained above, Commerce should have found that THSM's process of completing CSPV cells and modules was *not* minor or insignificant, regardless of whether it considered the

specific quantitative value added by THSM in Thailand to be small. But to the extent that Commerce's analysis of this factor weighed in favor of an affirmative circumvention determination with respect to THSM, Commerce's analysis was arbitrary and unsupported by substantial evidence, further tainting its overall conclusion.

NextEra will not repeat Plaintiffs' various arguments with respect to this issue, but emphasizes that Commerce in prior circumvention inquiries has explicitly incorporated a qualitative analysis into its consideration of this specific factor. In *Ferrovanadium and Nitrided Vanadium From the Russian Federation*, Commerce found that 15 to 20 percent value added in the United States did not constitute a "small" proportion pursuant to 19 U.S.C. § 1677j(a)(2)(E) (the corresponding value-added provision for inquiries involving minor assembly or completion in the United States) when those percentages were viewed in conjunction with the qualitative changes to the product. *Ferrovanadium and Nitrided Vanadium From the Russian Federation: Negative Final Determination of Circumvention of the Antidumping Duty Order*, 77 Fed. Reg. 46,712 (Aug. 6, 2012), and accompanying Issues and Decision Memorandum at 12. Specifically, Commerce found

that the processing in the United States "involves a more extensive and substantial conversion of the merchandise" and that "the value-added ranges we calculated, when viewed in combination with this fundamental alteration of the imported merchandise, are not small." *Id.* (cleaned up). Similarly, in *Certain Corrosion-Resistant Steel Products from Taiwan,* Commerce considered the value added in the third country both in terms of the "percentage of the value of the merchandise imported into the United States" and "{f}rom a qualitative perspective of the nature of the production process." *Certain Corrosion-Resistant Steel Products From Taiwan: Affirmative Final Determination of Circumvention Inquiry on the Antidumping Duty Order*, 84 Fed. Reg. 70,937 (Dec. 26, 2019), and accompanying Issues and Decision Memorandum with respect to Vietnam at 9.

Given that the statute does not establish rigid numerical cut-offs for whether the value of processing is small, Commerce should have incorporated a qualitative analysis of the value added in Thailand to determine whether the value added in Thailand was "small," consistent with the way Commerce analyzed this factor in prior proceedings. Had

Commerce followed this practice, Commerce would not have found the value of the processing in Thailand by THSM to be small.

As Plaintiffs explained, the quantitative value-added percentage is within the range of percentages that Commerce found to be *not* small in other cases. Pls.' Br. at 54-56. A qualitative analysis would have confirmed that the value of processing in Thailand by THSM was not small. For example, Commerce found in the Decision Memo that "producing wafers from polysilicon in China is less extensive of a transformation of the input than producing solar cells and solar modules from wafers in the inquiry country. The essence of the solar module is realized in solar cell production." Decision Memo, Appx1107. Commerce also explained that:

> the essential nature of the final product is imparted and realized through production in the inquiry country when the p/n junction is formed in the wafer. The p/n junction results in the creation of solar cells—albeit unfished solar cells— capable of converting sunlight into electricity via the photovoltaic effect. Moreover, other components in the solar cell and solar module are important to its ability to function because they channel the electricity out of the cell so that the product can be used as intended.

Decision Memo, Appx1108 (cleaned up). These findings by Commerce demonstrate not only that the nature of the production process is

significant, but the nature of the actual product is completely

transformed in Thailand, from a slice of polysilicon to something that is

able to generate electricity from sunlight, adding substantial qualitative

value.

Commerce's failure to incorporate a qualitative analysis into its

consideration of whether the value of processing in Thailand was small

renders its decision with respect to that factor arbitrary and

unsupported by substantial evidence.

## CONCLUSION

For the reasons discussed above and in Plaintiffs' Brief,

Commerce's *Final Determination* is not supported by substantial

evidence or otherwise in accordance with law.

Respectfully submitted,

/s/ Matthew R. Nicely
Matthew R. Nicely
Daniel M. Witkowski
Julia K. Eppard
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street
Washington, DC 20006
Phone: (202) 887-4046
E-mail: mnicely@akingump.com
*Counsel for NextEra Energy
Constructors, LLC*

Dated: June 27, 2024

<u>CERTIFICATE OF COMPLIANCE</u>

The undersigned counsel at Akin Gump Strauss Hauer & Feld LLP hereby certify that the foregoing Memorandum in Support of Plaintiffs' Rule 56.2 Motion for Judgment on the Agency Record, dated, complies with the word-count limitation set forth in the Court's May 24, 2024, Scheduling Order. The memorandum of law contains 4,936 words according to the word-count function of the word-processing software used to prepare the memorandum.

Respectfully submitted,

<u>/s/ Matthew R. Nicely</u>
Matthew R. Nicely
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street
Washington, DC 20006
Phone: (202) 887-4046
E-mail: mnicely@akingump.com
*Counsel for NextEra Energy Constructors, LLC*

ATTACHMENT A

‹  process

×

| Dictionary | Thesaurus |

# process  1 of 4  noun

pro·cess  ˈprä-ˌses 🔊  ˈprō-,  -səs 🔊

plural  **processes**  ˈprä-ˌse-səz 🔊  ˈprō-, -sə-,  -ˌsēz 🔊

Synonyms of *process* ›

**1 a** : **PROGRESS, ADVANCE**

in the *process* of time

**b** : something going on : **PROCEEDING**

**2 a (1)** : a natural phenomenon marked by gradual changes that lead toward a particular result

the *process* of growth

**(2)** : a continuing natural or biological activity or function

such life *processes* as breathing

**b** : a series of actions or operations conducing to an end

*especially* : a continuous operation or treatment especially in manufacture

**3 a** : the whole course of proceedings in a legal action

**b** : the summons, mandate, or writ used by a court to compel the appearance of the defendant in a legal action or compliance with its orders

**4** : a prominent or projecting part of an organism or organic structure

a bone *process*

a nerve cell *process*

**5** : **CONK entry 6**

# process  2 of 4  verb (1)



**Quordle**

W O R D Y
L O V E R
P L A Y S
D A I L Y

Can you solve 4 words at once?

Play

| Dictionary | Thesaurus |
|---|---|

**2**  **a** : to subject to a special process or treatment (as in the course of manufacture or film development)

    **b** **(1)** : to subject to or handle through an established usually routine set of [procedures](#)

        *process* insurance claims

    **(2)** : to integrate sensory information received so that an action or response is generated

        the brain *processes* visual images relayed from the retina

    **(3)** : to subject to examination or analysis

        computers *process* data

    **c** : to work (hair) into a conk

# process   3 of 4   **adjective**

**1** : treated or made by a special process especially when involving synthesis or artificial modification

**2** : made by or used in a mechanical or photomechanical duplicating process

**3** : of or involving illusory effects usually introduced during [processing](#) of the film

# process   4 of 4   **verb (2)**

pro·cess   prə-ˈses 🔊

**processed; processing; processes**

*intransitive verb*

**chiefly British**

: to move in a [procession](#)



WORD OF THE DAY

## cardinal 🔊

[See Definitions and Examples »](#)

Get Word of the Day daily email!

Your email address   SUBSCRIBE


‹

Dictionary              Thesaurus

**Noun**

course                 operation               procedure

proceeding

See all Synonyms & Antonyms in Thesaurus ›

## Noun

How does the election *process* work?

Learning a foreign language can be a long *process*.

We're remodeling our house. The whole *process* is expected to take a few months.

Breathing and the circulation of blood are life *processes*.

a bony *process* on the foot

⟨

Dictionary                                                          Thesaurus

decisions.

— Alena Botros, *Fortune*, 22 June 2024

### Verb

The Wisconsin Lottery recommends arriving by 3:30 p.m. for most prizes and 2 p.m. for prizes of $50,000 or more to allow enough time to **process** your ticket.

— Steven Martinez, *Journal Sentinel*, 23 June 2024

So while Geordie taking an entire episode to grant Will his blessing could be somewhat frustrating to watch, the show allotting Geordie that amount of time to **process** the loss — and scripting a monologue for him—is a testament to the depth of that relationship.

— Mandi Bierly, *TVLine*, 23 June 2024

### Adjective

The Xe HPC device is a multi-tiled, multi-**process**-node package with new GPU cores, HBM2e memory, a new Xe Link interconnect, and PCIe Gen 5 implemented with over 100-billion transistors.

— Karl Freund, *Forbes*, 15 Sep. 2021

Regrind silicone used in the speaker is made by reclaiming and upcycling post-**process** and post-consumer silicone scraps that might otherwise end up in landfill.

— Mark Sparrow, *Forbes*, 4 Oct. 2022

### Verb

Because of, sort of, the sixth sense in the pocket, the decision-making, **processing** information quickly.

— Mike Rodak | Mrodak@al.com, *al*, 11 Apr. 2023

Under the plan, companies licensed to grow, **process** and sell medical cannabis will be eligible to receive licenses to participate in the recreational market by paying a one-time conversion fee of between $100,000 and $2 million, based on their 2022 sales.

— Erin Cox, *Washington Post*, 10 Apr. 2023

**See all Example Sentences for *process* ❯**

These examples are programmatically compiled from various online sources to illustrate current usage of the word 'process.' Any opinions expressed in the examples do not represent those of Merriam-Webster or its editors. Send us feedback about these examples.

Dictionary    Thesaurus

## Etymology

**Noun**

Middle English *proces*, from Anglo-French *procés*, from Latin *processus*, from *procedere*

**Verb (2)**

back-formation from PROCESSION entry 1

## First Known Use

**Noun**

14th century, in the meaning defined at sense 1a

**Verb (1)**

15th century, in the meaning defined at sense 1a

**Adjective**

1888, in the meaning defined at sense 1

**Verb (2)**

1814, in the meaning defined above

## Time Traveler

<

Dictionary

Thesaurus

alveolar process

Bessemer process

due process

Haber process

in-process

in the process

in the process of (doing something)

Markov process

odontoid process

open-hearth process

peace process

procedural due process

**See More** ⌄

procerity

**process**

processable

See More Nearby Entries ›

Style    MLA

"Process." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/process. Accessed 27 Jun. 2024.

⧉ Copy Citation

‹

| Dictionary | Thesaurus |
|---|---|

**Facebook**    **Twitter**

# process   1 of 2   noun

pro·cess    ˈpräs-ˌes ◀))    ˈprōs- ◀))    -əs

**plural** **processes**    -ˌes-əz ◀))    -ə-səz ◀))    -ə-ˌsēz

**1**  **a** : **ADVANCE entry 2 sense 1**
the *process* of time

  **b** : something going on

**2**  **a** : a natural continuing action or series of actions or changes
the *process* of growth
life *processes*
mental *processes*

  **b** : a series of actions or operations leading to a result
a manufacturing *process*

**3**   : the carrying on of a legal action
due *process* of law

**4**   : a bodily part that sticks out or is conspicuous : **OUTGROWTH**
a bony *process*

# process   2 of 2   verb

**1**   : to change or prepare by special treatment
*process* foods

Dictionary                                                                                              Thesaurus

computers *process* data
*process* information

## process *noun*

pro·cess    ˈpräs-ˌes ◀))    ˈprōs- ◀))    -əs

**1**  **a** : a natural progressively continuing operation or development marked by a series of gradual changes that succeed one another in a
         relatively fixed way and lead toward a particular result or end
            the *process* of growth
            the *process* of digestion

    **b** : a natural continuing activity or function
            such life *processes* as breathing and the circulation of the blood

**2**   : a prominent or projecting part of an organism or organic structure
            a bone *process*
            a nerve cell *process*

Dictionary                                                                    Thesaurus

pro·cess    ˈprä-ˌses, ˈprō- ◀))

**1**    : a continuous operation, art, or method especially in manufacture

whoever invents or discovers any new and useful *process*...may obtain a patent therefor
– *U.S. Code*

**2  a** : **PROCEDURE sense 1**

→ see also ABUSE OF PROCESS, DUE PROCESS

**b** : a means (as a summons) used to compel a defendant to appear in court

*broadly* : a means by which a court acquires or exercises jurisdiction over a person or property

→ see also MESNE PROCESS

→ compare NOTICE, SERVICE

NOTE: In civil procedure, service of a summons on a defendant is considered constitutionally sufficient process, although usually a copy of the complaint must also be provided according to the local rule of procedure.

Nglish: Translation of *process* for Spanish Speakers
Britannica English: Translation of *process* for Arabic Speakers

Last Updated: 26 Jun 2024 - Updated example sentences

## Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

MERRIAM-WEBSTER UNABRIDGED

ATTACHMENT B

PROCESS | definition in the Cambridge English Dictionary

*Meaning of **process** in English*

# process

***noun*** [ C ]

US  /ˈprɑː.ses / UK  /ˈprəʊ.ses /

Add to word list

B2

**a series of actions that you take in order to achieve a result:**

• *the peace process*

• *Increasing the number of women in top management jobs will be a slow process.*

• *This decision may delay the process **of** European unification.*

• *The party has begun the **painful** (= difficult) process of rethinking its policies and strategy.*

• *Going to court to obtain compensation is a long process.*

• *She arrived at the correct answer by a process **of elimination** (= by deciding against each answer that was unlikely to be correct until only one was left).*

B2

**a series of changes that happen naturally:**

• *the digestive process*

• *the aging process*

• *It's all part of the learning process.*

**a method of producing goods in a factory by treating natural substances:**

Cookies Settings    Accept All Cookies

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.
Privacy and Cookies Policy



• *A refining process is used to extract usable fuel from crude oil.*

**+ SMART Vocabulary: related words and phrases**

**Idioms**

be in the process of doing something

in the process

## process

*verb*

US /ˈprɑː.ses /   UK /ˈprəʊ.ses /

**process** *verb* (DEAL WITH)

B2 [ T ]

**to deal with documents in an official way:**

• *Visa applications take 28 days to process.*

[ T ]

**If a computer processes information, it performs a particular series of operations on the information, such as a set of calculations.**

[ T ]

**to prepare, change, or treat food or natural substances as a part of an industrial operation:**

• *a waste processing plant*

[ T ]

**to think about a difficult or sad situation so that you can gradually accept it:**

• *Returning soldiers need time to process what they have experienced in combat.*

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.

Privacy and Cookies Policy

Case 1:23-cv-00227-MMB     Document 47     Filed 06/27/24     Page 53 of 90



**+**   SMART Vocabulary: related words and phrases

**process** *verb* (WALK)

[ I + adv/prep ]   mainly UK    formal   **US** 🔊   /prəˈses/   **UK** 🔊   /prəˈses/

**to walk slowly:**

• *We watched them process down the aisle.*

**+**   SMART Vocabulary: related words and phrases

**Related word**

processing

*(Definition of **process** from the **Cambridge Advanced Learner's Dictionary & Thesaurus** © Cambridge University Press)*

**process** | INTERMEDIATE ENGLISH

# process

*noun* [ C ]

US 🔊   /ˈprɑs·es, ˈproʊ·ses/

Add to word list ☰

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.

**Privacy and Cookies Policy**



• *A new process has been developed for removing asbestos.*

# process

*verb* [ T ]

US 🔊 / ˈprɑs·es , ˈproʊ·ses /

**to deal with something according to a particular set of actions:**

• *Your insurance claim will take about a month to process.*

**If a computer processes information, it performs a series of operations on it.**

**To process food or raw materials is to prepare, change, or treat them as part of an industrial operation.**

*(Definition of* **process** *from the* **Cambridge Academic Content Dictionary** *© Cambridge University Press)*

process | BUSINESS ENGLISH

# process

*noun* [ C ]

UK 🔊 / ˈprəʊses / US 🔊 / ˈprɑːses /

Add to word list ≣

**a series of actions that are needed in order to do something or achieve a result:**

• *Management recognizes it is important to get the process right even if it means delaying the project start date.*

• **consultation/decision-making/planning process** *The role offers the opportunity to be a part of the company's decision-making process.*

• **approval/evaluation/inspection process**

• **complete/finish/start a process**

• *a* **disciplinary/hiring/selection process**

• **improve/speed up/streamline a process**

PRODUCTION

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.
Privacy and Cookies Policy



• *We're in the process of reviewing the court's decision and evaluating our response.*

▸ **in the process**

**if something is happening, and something else happens in the process, the second thing happens as a result of the first:**

• *A clash with their main supplier means they won't be able to honour their contracts and will lose millions of pounds in the process.*

**See also**

due process

four-colour process



# process

*verb* [ T ]

UK 🔊 / ˈprəʊ.ses / US 🔊 / ˈprɑː.ses /

PRODUCTION

**to change raw materials, for example by adding chemicals or other substances to them, as part of the production of goods:**

• *The two new oil refineries will able to process 250,000 barrels of crude a day.*

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.

**Privacy and Cookies Policy**



IT

**if a computer processes data, it uses a set of instructions to organize it and produce a particular result:**

• *A bug in the system was preventing it from processing digital image files.*

*(Definition of **process** from the **Cambridge Business English Dictionary** © Cambridge University Press)*

EXAMPLES of **process**

# process

But how should the *process* of verification work?

From *The New Yorker*

But they removed the protections, the anonymization *process*.

From *Wired*

The important thing to keep in mind about all of the data you collect is that it should add intelligence to your processes.

From *CNET*

There is something about the *process* that those of us who can't feel we are missing out on.

From *CNN*

Contents                                                                To top

From *NPR*

I understand the *process* you're gon na go through and going through vocal changes.

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.
**Privacy and Cookies Policy**

And today they it repeat the *process* in public.

*From NPR*

We were all affected, and we're in a *process* of figuring out what the next step is.

*From TIME*

It is a tricky *process* with unclear results.

*From Heritage.org*

The *process* to produce bio-oils is based on flash pyrolysis.

*From Phys.Org*

You will want to ask friends to come and support and help you with this important and difficult step of the grieving *process*.

*From Huffington Post*

The shapes that things take, the manipulation of sounds -- it's a learning *process* for me.

*From Billboard*

These examples are from corpora and from sources on the web. Any opinions in the examples do not represent the opinion of the Cambridge Dictionary editors or of Cambridge University Press or its licensors.

COLLOCATIONS with **process**

# process

**These are words often used in combination with process.**

Click on a collocation to see more examples of it.

## acceleration process

• The standard dephasing limit and the electron acceleration process are briefly discussed.

*From the Cambridge English Corpus*

## accreditation process

• The study population is distinctive in two respects : their participation in the accreditation process and that they complete with a formal qualification.

*From the Cambridge English Corpus*

## adjudication process

• They were informed that their child's participation in the project would in no way influence his treatment at the detention center or his legal standing in the adjudication process.

*From the Cambridge English Corpus*

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.

**Privacy and Cookies Policy**



in Chinese (Traditional)

過程, 步驟, 變化過程…

See more

in Chinese (Simplified)

过程, 步骤, 变化过程…

See more

in Spanish

procedimiento, proceso, tramitar…

See more

in Portuguese

processo, dar andamento a, processo [masculine]…

See more

in more languages

Need a translator?

Get a quick, free translation!

Translator tool

Browse

proceeded

proceeding

proceedings

proceeds

process

process analysis

process engineering    BETA

process flow chart

process improvement

By clicking "Accept All Cookies," you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.

Privacy and Cookies Policy

Test your vocabulary with our fun image quizzes



Try a quiz now

**More meanings of** *process*

− All

due process

the Haber process

peace process

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts.

Privacy and Cookies Policy

ATTACHMENT C



*Meaning of **minor** in English*



# minor

***adjective***

US 🔊 /ˈmaɪ.nɚ/    UK 🔊 /ˈmaɪ.nəʳ/

**minor** *adjective* (UNIMPORTANT)

B2

Add to word list ≡

**having little importance, influence, or effect, especially when compared with other things of the same type:**

• **minor operation** *Last year he went into the hospital for a minor operation.*

• **minor problem** *It's only a minor problem - we'll soon find a solution.*

• **minor offense** *There's been an increase in minor offenses, such as traffic violations and petty theft.*

• **minor injury** *She suffered only minor injuries.*

• *It requires a few minor adjustments.*

• *a minor poet of the 16th century*

**Compare**

[major](#)

**— Fewer examples**

• *For the sake of completeness, I should also mention two other minor developments.*

• *Treat minor ailments yourself.*

• *The fear is that these minor clashes may develop into all-out confrontation.*

• *They had minor breakthroughs but real success eluded them.*

• *Your health is generally good, but you do have a few minor problems.*

**+ SMART Vocabulary: related words and phrases**

6/27/24, 6:36 PM
MINOR | definition in the Cambridge English Dictionary
Case 1:23-cv-00227-MMB    Document 47    Filed 06/27/24    Page 62 of 90



MUSIC

**belonging or relating to a musical scale that is generally thought to have a sad sound:**

• **minor key** *The piece is written in a minor key.*

• **in D, F, etc. minor** *Mozart's Piano Concerto in D minor*

**Compare**

minor

---

**minor** *adjective* (COMPETITION)



US

**belonging or relating to the professional baseball and ice hockey leagues (= groups of teams who play games against each other) that play below the highest level:**

• *Her children play minor hockey at the local rink.*

**Compare**

minor-league

major

➕ SMART Vocabulary: related words and phrases

 

# minor

*noun* [ C ]

**minor** *noun* [C] (YOUNG PERSON)

LAW • specialized

**someone who is too young to have the legal responsibilities of an adult:**

• *He was accused of having sex with a minor.*

➕ **Thesaurus: synonyms, antonyms, and examples**

➕ **SMART Vocabulary: related words and phrases**

**minor** *noun* [C] (COMPETITION)

▸ **the minors** [ plural ] US

**the professional baseball and ice hockey leagues (= groups of teams who play games against each other) that play below the highest level:**

• *He spent five years refining his skills in the minors.*

See more

f  X

# minor

*verb*

US 🔊 /ˈmaɪ.nɚ/  UK 🔊 /ˈmaɪ.nəʳ/

▸ **minor in something** US

**to study something as your second most important subject in college:**

• *I minored in Spanish in college.*

See more

*(Definition of minor from the **Cambridge Advanced Learner's Dictionary & Thesaurus** © Cambridge University Press)*

**minor** | INTERMEDIATE ENGLISH

# minor

*adjective* [ not gradable ]

US 🔊 /ˈmaɪ·nər/

**minor** *adjective* [not gradable] (UNIMPORTANT)



• *She suffered minor injuries in the accident.*

• *Waiting another half hour was only a minor inconvenience.*

---

**minor** *adjective* [not gradable] **(MUSIC)**

MUSIC

**based on a scale (= series of musical notes) in which there is a whole step (= sound difference) between each note except between the second and third notes and between the fifth and sixth notes:**

• *a minor scale*

• *a minor chord*

---

# minor

**noun** [ C ]

US 🔊 / ˈmɑɪ·nər /

---

**minor** *noun* [C] **(YOUNG PERSON)**

**a person under the age at which he or she legally becomes an adult**

---

**minor** *noun* [C] **(SPECIAL SUBJECT)**

**the second most important subject that a college student is studying:**

• *I'm taking two courses in my minor, chemistry.*

*(Definition of **minor** from the **Cambridge Academic Content Dictionary** © Cambridge University Press)*

**minor** | BUSINESS ENGLISH

# minor

*adjective*

UK 🔊 / ˈmaɪnə /   US 🔊

Add to word list

**having little importance, influence, or effect, especially when compared with similar things:**

• *It's only a **minor problem**.*

• *There are **minor differences** between the models, but they're basically the same.*

• *The vehicle only suffered **minor damage**.*

• ***minor adjustments/corrections/modifications***



# minor

**noun** [ C ]

UK 🔊   / ˈmaɪnəʳ /   US 🔊

LAW

**someone who has not yet reached the age when they are legally an adult:**

• *It's illegal for adults to supply tobacco to minors.*

*(Definition of **minor** from the **Cambridge Business English Dictionary** © Cambridge University Press)*

EXAMPLES of **minor**

# minor

You can have a *minor* rat problem without ever seeing a rat.

From *San Francisco Chronicle*

But that love is not without its (*minor*) reservations.

From *Slate Magazine*

Sometimes we discover a potential bombshell; other times it's a *minor*, telling detail.

From *Huffington Post*

The two men who tried to help suffered *minor* puncture wounds.

From *Los Angeles Times*

And even that's a *minor* plot point, so on the big scheme of things he has water in the movie.

From *The Verge*

No melting into the weekend, but guidance shows a *minor* thaw next week.

From *Minneapolis Star Tribune*

So that's what he did, beginning in the lowest minors with umps half his age.

From *ESPN*

It vested responsibility for *minor* misdeeds with the offender -- discouraging repetition and making it clear that more serious crimes won't be tolerated either.

From *New York Post*

She gave one of those supporting performances that make you remind yourself to pay attention to the credits to catch a *minor* player's name.

From *Slate Magazine*

From *Minneapolis Star Tribune*

Contents                                                                To top ⓘ

*From* CBS Local                                                              💬

For what it's worth, a real 50/50 parent also deals with *minor* issues like clothing your child.

*From* TechCrunch                                                             💬

The driver and a second passenger suffered *minor* injuries.

*From* Washington Post                                                        💬

If the state wants to deny you, they will look for a *minor* error and blow it up.

*From* The Star-Ledger - NJ.com                                              💬

These examples are from corpora and from sources on the web. Any opinions in the examples do not represent the opinion of the Cambridge Dictionary editors or of Cambridge University Press or its licensors.

What is the pronunciation of *minor*?                                         ›

## Translations of **minor**

in Chinese (Traditional)
不重要的, 較不重要的, 次要的…

See more

in Chinese (Simplified)
不重要的, 较不重要的, 次要的…

See more

in Spanish
de poca importancia, menor, menor [masculine-feminine…

See more

in Portuguese
menor, desimportante, pequeno…

See more

in more languages                                                            ⌄

Need a translator?

Get a quick, free translation!



**Translator tool**

Minneola

Minnesota

Minnesotan

minnow

**minor**

minor in something *phrase*

minor league

minor party

minor penalty

## Test your vocabulary with our fun image quizzes



Try a quiz now

**More meanings of *minor***

⊟ All

minor party

minor sixth

minor third

minor league

minor-league

minor penalty

minor planet

ATTACHMENT D

‹ minor                                                                    ✕

| Dictionary | Thesaurus |

# minor  1 of 3  adjective

mi·nor  〔ˈmī-nər 🔊〕

Synonyms of *minor* ›

**1** : inferior in importance, size, or degree : comparatively unimportant

a *minor* artist

**2** : not having reached majority (see MAJORITY sense 2)

He is the father of *minor* children.

**3  a** : having half steps between the second and third, the fifth and sixth, and sometimes the seventh and eighth degrees

*minor* scale

**b** : based on a minor scale

*minor* key

**c** : less by a semitone than the corresponding major interval

*minor* third

**d** : having a minor third above the root

*minor* triad

**4** : not serious or involving risk to life

*minor* illness

**5** : of or relating to an academic subject requiring fewer courses than a major

his *minor* subjects for his M.A. were plant ecology and entomology

– *Current Biography*

# minor  2 of 3  noun

**1** : a person who is not yet old enough to have the rights of an adult

**2** : a minor musical interval, scale, key, or mode

**3  a** : a minor academic subject



**Quordle**

Can you solve 4 words at once?

Play

Dictionary                                                                    Thesaurus

minor *3 of 3* **verb**

minored; minoring; minors

*intransitive verb*

: to take courses in a minor subject



WORD OF THE DAY

cardinal

See Definitions and Examples »

Get Word of the Day daily email!

Your email address          SUBSCRIBE

**Adjective**

inferior                    junior                    less

lesser                      lower                     smaller

subordinate

See all Synonyms & Antonyms in Thesaurus >

<

Dictionary                                                                    Thesaurus

The grant covered only a *minor* part of the cost.

See More ⌄

## Recent Examples on the Web

### Adjective

The report cited a May 2020 incident in which more than 120 people were arrested on felony rioting charges using a verbatim probable cause statement, and prosecutors abandoned more than 100 of the cases after finding a lack of evidence to support even *minor* charges.
— Perry Vandell, *The Arizona Republic*, 14 June 2024

Detailed analysis revealed that this wasn't just a *minor* fluctuation but a warning sign.
— Jessica Billingsley, *Rolling Stone*, 14 June 2024

### Noun

Similarly, Sweden's National Board of Health and Welfare determined that the risks of such treatments for *minors* outweigh the potential benefits, emphasizing the need for more research into their impact.
— Sara Stockton, *New York Daily News*, 18 June 2024

No jurisdiction in the state issues criminal citations to *minors*, but people under age 18 can receive juvenile civil citations, which refer the recipient to the Maryland Department of Juvenile Services.
— Darcy Costello, *Baltimore Sun*, 14 June 2024

### Verb

Emma, one of about 20 Oxford survivors at the university, decided to *minor* in women's studies, hoping to one day get a doctorate, maybe become a professor and teach students like her.
— John Woodrow Cox, *Anchorage Daily News*, 15 Feb. 2023

While earning her Bachelor of Arts degree in journalism, Carly chose to *minor* in event planning.
— Carly Totten, *Better Homes & Gardens*, 14 Dec. 2022

See all Example Sentences for *minor* ›

Dictionary                      Thesaurus

## Etymology

**Adjective and Noun**

Latin, smaller, inferior; akin to Old High German *minniro* smaller, Latin *minuere* to lessen

## First Known Use

**Adjective**

1526, in the meaning defined at sense 1

**Noun**

1612, in the meaning defined at sense 1

**Verb**

1926, in the meaning defined above

## Time Traveler

**The first known use of *minor* was in 1526**

See more words from the same year

‹

|           Dictionary           |           Thesaurus           |
| --- | --- |

minor in                          minor league

minor leaguer                     minor miracle

minor order                       minor party

minor penalty                     minor planet

minor premise                     minor seminary

minor suit                        minor term

thalassemia minor

Merriam-Webster's Words of the
Week -...



Dictionary                                    Thesaurus

minorate

See More Nearby Entries ›

**Style**   MLA

"Minor." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/minor. Accessed 27 Jun. 2024.

Copy Citation




Facebook     Twitter

# minor  1 of 2  adjective

mi·nor  ⟨ mī-nər ◀) ⟩

1   **:** less in size, importance, or value
     a *minor* poet
     a *minor* injury

2   **:** not having reached the age to have full civil rights

3   **a :** relating to or being a musical scale in which the third tone is lowered a half step

    **b :** based on a minor scale
       *minor* key

<

Dictionary                                                                Thesaurus

**minor**   1 of 2   **adjective**

mi·nor      ˈmī-nər 🔊

: not serious or involving risk to life
   *minor* illness
   a *minor* operation

→ compare MAJOR

**minor**   2 of 2   **noun**

: a person of either sex under the age of legal qualification for adult rights and responsibilities that has traditionally been 21 in the United States but is now 18 in many states or sometimes less under certain circumstances (as marriage or pregnancy)

**minor**   1 of 2   **noun**

mi·nor

<Dictionary                                                    Thesaurus

minor  2 of 2  adjective

1  **a** : being less important or serious

   a *minor* official

   a *minor* offense

   **b** : involving, relating to, or dealing with less important matters

2  : having the status of a minor

   *minor* children


Nglish: Translation of *minor* for Spanish Speakers

Britannica English: Translation of *minor* for Arabic Speakers

Britannica.com: Encyclopedia article about *minor*


Last Updated: 20 Jun 2024 - Updated example sentences

---

## Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

MERRIAM-WEBSTER UNABRIDGED

---

**See All**

ATTACHMENT E

# minor

6 ENTRIES FOUND:

**minor** (adjective)
**minor** (noun)
**minor** (verb)

¹ minor  /ˈmaɪnɚ/ 🔊 *adjective*

**Britannica Dictionary definition of MINOR**

**1 a :** not very important or valuable

- a *minor* artist/author/celebrity
- Her role in the project was *minor*.
- a *minor* component/part

[+] more examples

**b** *always used before a noun* **:** small in number, quantity, or extent

- The grant covered only a *minor* part of the cost.

**2 :** not very serious **:** not causing much trouble or damage

- a *minor* illness/injury/setback
- The delay will be *minor*.
- a very *minor* annoyance/accident

[+] more examples

**3** *music*
**a :** having semitones between the second and third, the fifth and sixth, and sometimes the seventh and eighth notes in a scale

- a *minor* scale

**b :** based on a minor scale

- a *minor* key

— compare ¹MAJOR 3

**4** *always used before a noun* **:** not yet old enough to have the rights of an adult

- He has *minor* children living in the house.

² minor  /ˈmaɪnɚ/  *noun*

*plural* **minors**

**Britannica Dictionary definition of MINOR**

[count]

**1 :** a person who is not yet old enough to have the rights of an adult

- families with children who are still *minors*

**the minors** *US, informal*

**:** the minor leagues of baseball

- He spent his entire career in *the minors*.

<sup>3</sup> minor   /ˈmaɪnə/   *verb*

**minors** ; **minored** ; **minoring**

**Britannica Dictionary definition of MINOR**

**minor in** [phrasal verb]

**minor in (something)** *US*

**:** to have (a specified second subject of study) in addition to your main subject

- In college, she majored in chemistry and *minored in* biology.

ATTACHMENT F

‹  insignificant                                                                                    ✕

| Dictionary | Thesaurus |
| --- | --- |

# insignificant adjective

in·sig·nif·i·cant    ˌin(t)-sig-ˈni-fi-kənt 🔊

Synonyms of *insignificant* ›

: not significant: such as

**a** : lacking meaning or import

**b** : small in size, quantity, or number

**c** : not worth considering : **UNIMPORTANT**

**d** : lacking weight, position, or influence : **CONTEMPTIBLE**

**adverb**



Can you solve 4 words at once?

Play

‹

| Dictionary | | Thesaurus |
|---|---|---|
| slight | small | small-fry |
| trifling | trivial | unimportant |

See all Synonyms & Antonyms in Thesaurus ›

They lost an **insignificant** amount of money.

Looking up at the stars always makes me feel so small and **insignificant**.

These problems are **not insignificant**.

## Recent Examples on the Web

Though this number may seem **insignificant**, panthers are an endangered species, and only 120 to 230 of them remain in the Florida wild.
— Tia Russell, *Orlando Sentinel*, 21 June 2024

Winds were expected to reach 20 mph Wednesday, far from **insignificant**, but dramatically weaker than what crews had faced the last few days.
— Grace Toohey, *Los Angeles Times*, 19 June 2024

But that does not mean that these deaths are **insignificant** or should go unacknowledged.
— Jay Nordlinger, *National Review*, 11 June 2024

There are likely myriad reasons why a not **insignificant** number of Republicans are still refusing to back him.
— S.e. Cupp, *New York Daily News*, 8 May 2024

See all Example Sentences for *insignificant* ›

These examples are programmatically compiled from various online sources to illustrate current usage of the word 'insignificant.' Any opinions expressed in the examples do not represent those of Merriam-Webster or its editors. Send us feedback about these examples.



WORD OF THE DAY

**cardinal**

See Definitions and Examples »

Get Word of the Day daily email!

Your email address          SUBSCRIBE

<

Dictionary                                                          Thesaurus

**First Known Use**

1651, in the meaning defined above

**Time Traveler**

**The first known use of *insignificant* was in 1651**

See more words from the same year

8 Significant Words for
'Insignificant'

<      Dictionary                                                    Thesaurus

insignificancy
**insignificant**
insignificative

See More Nearby Entries >

Style   MLA

"Insignificant." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/insignificant. Accessed 27 Jun. 2024.

Copy Citation


Facebook   
Twitter

‹

| Dictionary | Thesaurus |
| --- | --- |



Nglish: Translation of *insignificant* for Spanish Speakers

Britannica English: Translation of *insignificant* for Arabic Speakers

Last Updated: 25 Jun 2024 - Updated example sentences

---

## Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

MERRIAM-WEBSTER UNABRIDGED

ATTACHMENT G



*Meaning of **insignificant** in English*

# insignificant

*adjective*

US 🔊  / ˌɪn.sɪɡˈnɪf.ə.kᵊnt /    UK 🔊  / ˌɪn.sɪɡˈnɪf.ɪ.kᵊnt /

Add to word list

C1

**small or not noticeable, and therefore not considered important :**

• *Why bother arguing about such an insignificant amount of money?*

• *The difference between the two results was insignificant.*

— **SMART Vocabulary: related words and phrases**

**Of little or less importance**

be in/under someone's shadow *idiom*

be neither here nor there *idiom*

big deal

biggie

derisory

meaningless

meaninglessly

meaninglessness

mere

merely

piddling

piddly

piffling

play second fiddle *idiom*

poxy

unseriousness

vestigially

who needs...? *idiom*

**See more results »**

**Related words**

insignificantly

insignificance

*(Definition of **insignificant** from the **Cambridge Advanced Learner's Dictionary & Thesaurus** © Cambridge University Press)*

**insignificant** | INTERMEDIATE ENGLISH

# insignificant

*adjective*

US 🔊 /ˌɪn·sɪɡˈnɪf·ɪ·kənt/                                                                    Add to word list ☰

**not important or thought to be valuable:**

• *Her problems seemed pretty insignificant compared to her brother's.*

## insignificance

*noun* [ U ] US 🔊 /ˌɪn·sɪɡˈnɪf·ɪ·kəns/

• *My colleagues despised this man for his insignificance.*

## insignificantly

*adverb* US /ˌɪn·sɪɡˈnɪf·ɪ·kənt·li/

*(Definition of **insignificant** from the **Cambridge Academic Content Dictionary** © Cambridge University Press)*

EXAMPLES of **insignificant**

# insignificant

A less than one-hour per week activity (much like summer activities that last less than three weeks) will usually be considered *insignificant*.

From *Huffington Post*                                                                                                    💬

Oh sure, there could be cases with significant air resistance but for most cases this is an *insignificant* force.

From *Wired*

Learning to live with "how men are" is not *insignificant* for working women.

From *Huffington Post*

When does nine hundred thousand seem like an *insignificant* number of women?

From *The New Yorker*

An estimated 1.8 million such incidents occurred last year, but the increase from the previous year was calculated to be statistically *insignificant*.

From *CNN*

Things that initially seemed *insignificant* will often prove to be very important.

From *Ars Technica*

Average weekly wages from 1970 (natural log) were also *insignificant*.

From *Heritage.org*

Hearing about this woman's father made spreadsheets and deadlines *insignificant*.

From *Huffington Post*

The base price on the car was $97,400, a not *insignificant* buy-in.

From *The Verge*

Who doesn't want to be the world champion at something, no matter how *insignificant*?

From *The Atlantic*

What remains of a life when one can no longer recall its significant, or even *insignificant*, moments?

From *Dallas Morning News*

Management had deemed such exposures so *insignificant* that employees weren't required to wear neutron dosimeters during the plant's first 38 years.

From *Slate Magazine*

Each brine shrimp is *insignificant* and tiny, but together their movement is so strong it affects the currents.

From *Huffington Post*

The one-time price of a smartphone is *insignificant* compared to the cost of its data plan (which can range from around $60 to $120 a month).

From *Huffington Post*

These examples are from corpora and from sources on the web. Any opinions in the examples do not represent the opinion of the Cambridge Dictionary editors or of Cambridge University Press or its licensors.

What is the pronunciation of *insignificant*?

INSIGNIFICANT definition | Cambridge English Dictionary

in Chinese (Traditional)

不重要的，無足輕重的…

See more

in Chinese (Simplified)

不重要的，无足轻重的…

See more

in Spanish

insignificante, insignificante [masculine-feminine, singular]…

See more

in Portuguese

insignificante…

See more

in more languages

Need a translator?

Get a quick, free translation!



Translator tool

**Browse**

insightfully

insignia

insignificance

insignificancy

**insignificant**

insignificantly

insincere

insincerely

insincerity