**FORM 1. Notice of Appeal from a United States Federal Court (District Court, Court of Appeals for Veterans Claims, Court of Federal Claims (non-vaccine appeals), and Court of International Trade)**   **Form 1   March 2023**

# UNITED STATES
# COURT OF INTERNATIONAL TRADE

## NOTICE OF APPEAL

Notice is hereby given that the appellant(s) listed below hereby appeal(s) the below-noted case to the United States Court of Appeals for the Federal Circuit.

Case number being appealed: Court No. 23-00227

Case title being appealed: Trina Solar Sci. & Tech v. United States

Date of final judgment or order being appealed: 05/16/2025

**List all Appellants** (List each party filing this appeal. Do not use "et al." or other abbreviations. Attach continuation pages if necessary.)

Trina Solar Science & Technology (Thailand) Limited

Date: 07/14/2025

Signature: /s/ Jonathan M. Freed

Name: Jonathan M. Freed

Address: 700 Pennsylvania Ave. SE

Suite 500

Washington, DC 20003

Phone Number: 202-223-3760

Email Address: jfreed@tradepacificlaw.com